In the Matter of the Arbitration between SANDFORD LAUNDRY, INC., Respondent, and LOUIS SIMON, as Treasurer of the Laundry Workers Joint Board of Greater New York, A. C. W. of A., etc., Appellant.— Order, so far as appealed from, unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., O'Malley, Townley, Cohn and Callahan, JJ.

PACE PRESS, INC., Respondent, v. MILPRINT, INC., Appellant.— Order unanimously affirmed, with twenty dollars costs and disbursements. No opinion. The date for the examination to proceed to be fixed in the order. Settle order on notice. Present — Martin, P. J., O'Malley, Townley, Cohn and Callahan, JJ.

In the Matter of the Liquidation of NEW YORK TITLE & MORTGAGE COMPANY. In the Matter of the Application of EAST RIVER SAVINGS BANK, Petitioner, Appellant, for the Recovery of Trust Monies Heretofore Collected and Converted by COMPANY OFFICES, INC., a Wholly Owned Subsidiary of NEW YORK TITLE & MORTGAGE COMPANY, and LOUIS H. PINK, Superintendent of Insurance of the State of New York, as Liquidator of NEW YORK TITLE & MORTGAGE COMPANY, etc., Respondents.— Order unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., O'Malley, Townley, Cohn and Callahan, JJ.

In the Matter of the Application of CRESCENZO CAGGIANO and Others Similarly Situated, Appellants, for an Order against PAUL J. KERN and Others, as Members of the Municipal Civil Service Commission of the City of New York, and Another, Respondents.— Order unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., O'Malley, Townley, Cohn and Callahan, JJ.

JACQUES GOLDBERGER, Respondent, v. CHARLES CROCKER, Appellant.— Order unanimously affirmed, with twenty dollars costs and disbursements, with leave to the defendant to answer or appear generally within ten days after service of order, on payment of said costs. No opinion. Present — Martin, P. J., O'Malley, Townley, Cohn and Callahan, JJ.

In the Matter of the Application of IRVING WOLFF, Appellant, for an Order against WILLIAM HODSON, Commissioner of Public Welfare of the City of New York, Respondent.— Order unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., O'Malley, Townley, Cohn and Callahan, JJ.

LEOTA BOEHM, Respondent, v. EDWARD D. BOEHM, Appellant.— The issue as to whether a valid separation agreement was in existence should await the trial. Orders unanimously affirmed, with twenty dollars costs and disbursements. Present — Martin, P. J., O'Malley, Townley, Cohn and Callahan, JJ.

SECURITY FURNITURE COMPANY, INC., and Others, Respondents, v. BROOKS SECURITY, INC., and Others, Appellants.— Order unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., O'Malley, Townley, Cohn and Callahan, JJ.